**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| TARIQ L. BELT, 40945-037 | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. WDQ-07-1541 |
| | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| Defendant | * | |

oOo

**MEMORANDUM**

Pending is a pro se pleading filed by Tariq L. Belt,[1] a federal inmate confined at LSCI Allenwood, Pennsylvania, titled "Petition for Order of Acknowledgment and Entry of Satisfaction of Judgment with Regards to WDQ-03-376 and All Underlying Matters."

The Court is mindful that Petitioner is a pro se litigant and has accorded the pleading liberal construction. Belt's assertions, however, are devoid of fact or legal merit. Belt asserts that there is a "satisfaction and accord with regards to the debt and any obligation(s) underlying and involved" with the criminal judgment and sentence for which he is incarcerated. Petitioner indicates that the debt has been discharged and Respondents are attempting to "defraud" him. As relief, he seeks entry of satisfaction of judgment by the Clerk. As the Court has previously informed Petitioner, there is no record of the requested "satisfaction and accord."[2] Accordingly, the Petition will be denied without prejudice. A separate Order follows.

June 20, 2007                                /s/
Date                                         William D. Quarles, Jr.
                                             United States District Judge

---

[1] On December 12, 2005, the Court sentenced Belt to 212 months imprisonment after he pleaded guilty to conspiracy to distribute and possess with intent to distribute cocaine base and cocaine in violations of 21 U.S.C. § 846. *See United States v. Belt, et al.*, Criminal Action No. WDQ-03-376 (D. Md.), aff'd. *United States v. Belt*, No. 06-4280 (4th Cir. 2006) (per curiam).

[2] Belt was ordered to pay a $100.00 special assessment at sentencing. If it is his intention to verify payment of that assessment, he may request this information from the Clerk.